AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT EDWARD GOLDEN<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 3:22-mj-00013<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 2, 2022** in the county of **Multnomah** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §912 | Defendant did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Drug Enforcement Administration and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the engaged in law enforcement activities. |

This criminal complaint is based on these facts:

See atached affidavit of Special Agent Morgan T. Barr

☑ Continued on the attached sheet.

*Complainant's signature*

Morgan T. Barr, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **9:30** a.m./~~p.m.~~

Date: **02/03/2022**

*Judge's signature*

City and state: **Portland, Oregon**   HON JOLIE A RUSSO, US MAGISTRATE JUDGE
*Printed name and title*