AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
Robert Edward Golden

Case No. 3:22-mj-00013

Defendant

FILED 16 FEB '22 13:08USDC-ORP

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Robert Edward Golden,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 912 - False Personation of an Officer or Employee of the United States

Date:     02/03/2022

*Jolie A. Russo*
Issuing officer's signature

City and state:    Portland, Oregon           HON JOLIE A RUSSO, US MAGISTRATE JUDGE
Printed name and title

---

**Return**

This warrant was received on (date) _____ , and the person was arrested on (date) _____
at (city and state) _____

Date: _____

DATE 2/2/22 on a PC
ARRESTED BY  DEA

Arresting officer's signature

U.S. MARSHAL
BY [signature]

Printed name and title