IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-MJ-00013 |
| v. | |
| Robert Edward Golden | MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT defendant's pretrial release conditions be modified to include the following condition:

- Participate in drug/alcohol assessment and undergo counseling as directed by U.S. Pretrial Services.

IT IS SO ORDERED THIS 8th day of April, 2022.

*Stacie F. Beckerman*

The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services